**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CRYSTAL HILBORN, et al.,**                                                                    **PLAINTIFFS**
**Each Individually and on behalf of**
**Others Similarly Situated**

v.                                      No. 4:11CV00197 BSM

**PRIME TIME CLUB, INC.,**                                                                    **DEFENDANT**
**Individually and d/b/a PRIME TIME**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 12th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE