## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CRYSTAL HILBORN, et al.,**                                          **PLAINTIFFS**
**Each Individually and on behalf of**
**Others Similarly Situated**

**v.**                          **No. 4:11CV00197 BSM**

**PRIME TIME CLUB, INC.,**                                          **DEFENDANT**
**Individually and d/b/a PRIME TIME**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 12th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE